

1997 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-28-1997

# Williams v. Runyon

Precedential or Non-Precedential:

Docket
97-5035

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1997

Recommended Citation

"Williams v. Runyon" (1997). *1997 Decisions*. Paper 268.
http://digitalcommons.law.villanova.edu/thirdcircuit_1997/268

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1997 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No. 97-5035
Williams     vs.    Runyon, et al


The following modifications have been made to the Court's Opinion  issued on November 28, 1997 in the above-entitled appeal and will appear as part of the final version of the opinion:


On page 3, second line from the top, the last word "sex" should be replaced with the word "sexual."

On page 4, first line, the word "her" should be replaced with the word "Williams'".

On page 5 of the slip opinion, 10 lines from the bottom: "Red. R. Civ. P." should be "Fed. R. Civ. P."

On page 6, 5 lines into Section II, there should be a period after "Fed."

On page 6, 3 lines from the bottom, the word " defendants' " preceding  right to raise...' should be replaced with "defendant's".

On page 8, in the third full paragraph, the word  "the" preceding "Williams had exhausted" should be deleted.

On pages 8 and 9, the last two lines of each: "April 24, 1995" should be replaced with "April 24, 1996"


Very truly yours,


/s/ P. Douglas Sisk,
      Clerk

Dated: December 15, 1997